# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

### ORDER

| | |
|---|---|
| United States of America, | |
| Plaintiff, | 19-mj-49 KMM |
| v. | Docket No. 0868 ~~3:18CR00142-~~ 001(KMM) |
| Shane Graham Thede | |
| Defendant, | |

Due to the fact that the above-named defendant has violated his conditions of pretrial release and is pending sentencing in the District of North Dakota, [as well as the nature and circumstances of the offense.]

IT IS HEREBY ORDERED that the following be added to the defendant's conditions of release:

The defendant shall cooperate with a mental health assessment and follow any recommendations of that assessment if the supervising officer considers it advisable. This includes taking any medication as prescribed.

Remain at his residence during prescribed times as part of home detention: He is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; Court appearances; Court-ordered obligations; or other activities preapproved by the U.S. Probation and Pretrial Services Office or supervising officer.

Dated: January 25, 2019

Kate M. Menendez
U.S. Magistrate Judge

SCANNED
JAN 2 5 2019
U.S. DISTRICT COURT MPLS